177 So. 922

**Jabe JONES v. CITY OF TUSCALOOSA.**

**6 Div. 224.**

Court of Appeals of Alabama.
Nov. 26, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

189 So. 921

**Johnie JONES v. STATE.**

**6 Div. 466.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

184 So. 917

**Will JONES v. STATE.**

**4 Div. 400.**

Court of Appeals of Alabama.
Nov. 15, 1938.

Appeal from conviction of public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

176 So. 923

**Willie JONES, alias, etc., v. STATE.**

**4 Div. 389.**

Court of Appeals of Alabama.
Oct. 5, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

188 So. 924

**Darnell KEASLER v. STATE.**

**7 Div. 424.**

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

188 So. 924

**Sanford KEASLER v. STATE.**

**7 Div. 423.**

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.